PHILLIP A. TALBERT
United States Attorney
PETER K. THOMPSON (HI 5890)
Acting Regional Chief Counsel, Region IX
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (510) 970-4822
    Facsimile: (415) 744-0134
    E-Mail: Marcelo.Illarmo@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOL JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>Defendant. | No. 2:22-cv-00818-TLN-DMC<br><br>STIPULATION FOR EXTENSION TO RESPOND TO PLAINTIFF'S COMPLAINT |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Complaint be extended from August 22, 2022, to October 21, 2022. This is Defendant's first request for an extension of time to respond to Plaintiff's Complaint. Defendant respectfully requests this additional time because additional time is needed to prepare and file the certified administrative record.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

- Defendant shall file the certified administrative record on or before October 21, 2022;

- Within 45 days of the filing of the certified administrative record, Plaintiff shall file her opening brief;
- Within 45 days of the filing of the opening brief, defendant shall file her opposition brief;
- Plaintiff's optional reply will be due within 20 days of the filing of Defendant's brief.

Respectfully submitted,

DATE: August 19, 2022

/s/ Barbara M. Rizzo   *
BARBARA M. RIZZO
Attorney for Plaintiff
(* approved via email on 8/17/22)

PHILLIP A. TALBERT
United States Attorney

DATE: August 19, 2022        By   s/ Marcelo Illarmo
MARCELO ILLARMO
Special Assistant United States Attorney

Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED:

Dated:  August 22, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE