1  PHILLIP A. TALBERT
   United States Attorney
2  MATHEW W. PILE, WSBA No. 32245.
   Associate General Counsel
3  Office of Program Litigation, Office 7
   Social Security Administration
4  MARCELO ILLARMO (MABN 670079)
5  Special Assistant United States Attorney
         160 Spear Street, Suite 800
6        San Francisco, California 94105
         Telephone: (510) 970-4822
7        E-Mail: Marcelo.Illarmo@ssa.gov
8  Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOL M. JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>Defendant. | No. 2:22-cv-00818-TLN-DMC<br><br>STIPULATION FOR EXTENSION TO FILE OPPOSITION TO PLAINTIFF'S OPENING BRIEF |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Opening Brief be extended from November 21 to January 5, 2023. This is Defendant's first request for an extension of time to respond to Plaintiff's brief. Defendant respectfully requests this additional time because undersigned counsel's workload, including five district court briefs due on November 21, requires an extension.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

- Defendant shall respond to Plaintiff's opening brief on or before January 5, 2023;

- Plaintiff's optional reply will be due within 20 days of the filing of Defendant's brief (on or before January 25, 2023).

Respectfully submitted,

DATE: November 15, 2022

*s/ Barbara Rizzo, Esq**
(*as authorized via e-mail on 11/15/22)
BARBARA RIZZO, ESQ.
Attorney for Plaintiff

PHILLIP A. TALBERT
United States Attorney

DATE: November 15, 2022      By   *s/ Marcelo Illarmo*
MARCELO ILLARMO
Special Assistant United States Attorney

Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED:

Dated:  November 18, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE