PHILLIP A. TALBERT  
United States Attorney  
MATHEW W. PILE, WSBA No. 32245  
Associate General Counsel  
Office of Program Litigation, Office 7  
Social Security Administration  
MARCELO ILLARMO (MABN 670079)  
Special Assistant United States Attorney  
    160 Spear Street, Suite 800  
    San Francisco, California 94105  
    Telephone: (510) 970-4822  
    E-Mail: Marcelo.Illarmo@ssa.gov  

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOL M. JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security<br><br>    Defendant. | Case No.: 2:22-cv-00818-TLN-DMC<br><br>STIPULATION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |

    IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to <u>sentence four</u> of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new decision.

    On remand, the Commissioner will instruct the Administrative Law Judge to: conduct a new hearing pursuant to which the Plaintiff may testify and submit additional evidence; consider all of the Plaintiff's medically determinable impairments; re-evaluate the medical evidence and

opinions and all of the other evidence of record; evaluate the Plaintiff's subjective allegations; further develop the record as necessary to complete the administrative record; conduct the sequential evaluation process by reassessing the Plaintiff's residual functional capacity; obtain additional vocational expert testimony if necessary; and issue a new decision. The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: January 5, 2023  /s/ Barbara Marie Rizzo*
(*as authorized via e-mail on 1/4/23)
BARBARA MARIE RIZZO
Attorney for Plaintiff

Dated: January 5, 2023  PHILLIP A. TALBERT
United States Attorney

By:  /s/ Marcelo Illarmo
MARCELO ILLARMO
Special Assistant United States Attorney

Attorneys for Defendant

## ORDER

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

Dated: January 6, 2023

Troy L. Nunley
United States District Judge