|   |   |
|---|---|
| NICOL M. JOHNSON, | No. 2:22-cv-0818-TLN-DMC |
| Plaintiff, | |
| v. | **ORDER** |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

Plaintiff, who is proceeding with retained counsel, brought this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). Final judgment has been entered. This matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On February 5, 2024, the Magistrate Judge filed findings and recommendations herein which were served on the parties, and which contained notice that the parties may file objections within the time specified therein. The time to file objections has passed, and neither party filed objections.

The Court reviewed the file and finds the findings and recommendations to be supported by the record and the Magistrate Judge's analysis.

///

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations filed February 5, 2024 (ECF No. 23) are ADOPTED IN FULL;
2. Plaintiff's Motion for Attorneys' Fees (ECF No. 20) is GRANTED in part;
3. Plaintiff is AWARDED $14,792.20 in fees plus $195.62 in expenses, payable to Plaintiff's counsel subject to any offset of debts; and
4. The Clerk of Court is directed to close this case.

Date: March 8, 2024

_____
Troy L. Nunley
United States District Judge